UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

WILLIE LEE WILBON, III                         CIVIL ACTION

VERSUS                                         NO: 11-115

ALVIN JONES, WARDEN                            SECTION: R(1)

**ORDER**

    Before the Court are Willie Wilbon's Petition for a Writ of Habeas Corpus (R. Doc. 1) and his objections (R. Doc. 19) to the Magistrate Judge's Report and Recommendation that the petition be denied with prejudice (R. Doc. 17). The Court, having reviewed *de novo* the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the petitioner's objections thereto, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

    Furthermore, Rule 11 of the Rules Governing Section 2254 Proceedings provides that "[t]he district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant. Before entering the final order, the court may direct the parties to submit arguments on whether a certificate should issue." RULES GOVERNING SECTION 2254 PROCEEDINGS, Rule 11(a). A court may issue a certificate of appealability only if the petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); RULES GOVERNING SECTION 2254 PROCEEDINGS, Rule 11(a) (noting that

§ 2253(c)(2) supplies the controlling standard). In *Miller-El v. Cockrell*, the Supreme Court held that the "controlling standard" for a certificate of appealability requires the petitioner to show "that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented [are] 'adequate to deserve encouragement to proceed further.'" 537 U.S. 322, 336 (2003).

Wilbon's petition is clearly time-barred, and that determination would not engender debate among reasonable jurists. Accordingly,

Wilbon's petition for a writ of habeas corpus is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this ___17th___ day of August, 2011.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE