# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 11-30805
USDC No. 2:11-CV-115

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED FEB 14 2012
LORETTA G. WHYTE
CLERK

WILLIE LEE WILBON, III,

    Petitioner-Appellant

v.

ALVIN JONES, Warden,

    Respondent-Appellee

Appeal from the United States District Court
for the Eastern District of Louisiana

O R D E R:

Willie Lee Wilbon, III, Louisiana prisoner # 129510, pleaded guilty to four counts of armed robbery and was sentenced to four concurrent terms of 25 years in prison without benefit of probation, parole, or suspension of sentence. Wilbon filed a 28 U.S.C. § 2254 petition challenging his conviction and sentence, which the district court denied as time barred. Wilbon now moves this court for a certificate of appealability (COA) to appeal the denial of his § 2254 petition as time barred.

When the district court denies § 2254 relief on procedural grounds, a COA should issue "when the prisoner shows, at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether

No. 11-30805

the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Wilbon argues that his conviction is not yet final. He also argues that he is entitled to either statutory or equitable tolling of the one-year limitation period because he filed a state application for post-conviction relief, because the State created an impediment to filing a § 2254 petition, and because the state court failed to rule on his application for post-conviction relief. Wilbon has failed to make the showing required for a COA. *See Slack*, 529 U.S. at 484. A COA is DENIED.

/s/ Emilio M. Garza
EMILIO M. GARZA
UNITED STATES CIRCUIT JUDGE

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By Sabrina B. Short
Deputy
New Orleans, Louisiana   FEB 1 4 2012

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

February 14, 2012

**RECEIVED**  
FEB 14 2012  
U.S. DISTRICT COURT  
EASTERN DISTRICT OF LOUISIANA  
DEPUTY CLERK

Ms. Loretta Whyte  
U.S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

   **USCA No. 11-30805,  Willie Wilbon, III v. Alvin Jones**
   USDC No. 2:11-CV-115

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: *Sabrina B. Short*
                              Sabrina B. Short, Deputy Clerk
                              504-310-7817

cc w/encl:  
   Mr. Andrew Milton Pickett  
   Mr. Willie Lee Wilbon III

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130



February 14, 2012

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    **USCA No. 11-30805, Willie Wilbon, III v. Alvin Jones**
    USDC No. 2:11-CV-115

The following is(are) returned:

Original Exhibits (1 Box)

The electronic copy of the record has been recycled.

    Sincerely,

    LYLE W. CAYCE, Clerk

By: *Sabrina B. Short*
Sabrina B. Short, Deputy Clerk
504-310-7817